**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              : Chapter 13

**Jubilee, Jr., George T.**

      **Debtor**

                                    :        16-11290 amc

**CERTIFICATE OF SERVICE OF**
**DEBTOR'S SECOND AMENDED CHAPTER 13 PLAN**

     I certify that on  February 25, 2017 , the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition were served a copy of the Debtor's Second Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated: February 25, 2017

                                _"/s/"Mitchell J. Prince
                                John L. McClain, Esquire
                                Mitchell J. Prince, Esquire
                                Attorneys for debtor

John L. McClain and Associates
PO Box 123
Narberth, PA 19072