## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              : Chapter 13
   Jubilee, Jr., George T.

       Debtor              :  16-11290 amc

## ORDER FOR ALLOWANCE OF COMPENSATION
## AND REIMBURSEMENT OF EXPENSES

AND NOW, to wit, this  29th  day of  June_____ , 2017, upon consideration of
the "Disclosure of Compensation of Attorney for Debtor" filed and/or the
foregoing Motion For allowance of Compensation and Reimbursement of
Expenses, IT IS HEREBY

   ORDERED that the Motion is hereby granted a total fee of $6,500.00 and
$23.00 in expenses and further, the unpaid balance of $6,000.00 of the legal
fees and $23.00 in incurred expenses shall be paid through debtor's Chapter
13 Plan through the office of the Chapter 13 trustee as an administrative priority
expense, to the extent provided for by the Debtor's confirmed plan.

_____
   Ashely M. Chan, United States Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Jubilee, Jr., George T.
6543 Vandike Street
Philadelphia, PA 19135