United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
George T. Jubilee, Jr.  
    Debtor  

Case No. 16-11290-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: JEGilmore      Page 1 of 1      Date Rcvd: Mar 09, 2018  
                            Form ID: pdf900      Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2018.  
db         +George T. Jubilee, Jr.,   6543 Vandike Street,   Philadelphia, PA 19135-2825

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg         E-mail/Text: bankruptcy@phila.gov Mar 10 2018 01:46:58    City of Philadelphia,  
           City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,  
           Philadelphia, PA 19102-1595  
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 10 2018 01:46:33  
           Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,  
           Harrisburg, PA 17128-0946  
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 10 2018 01:46:46    U.S. Attorney Office,  
           c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404  
cr          E-mail/Text: bankruptcy@phila.gov Mar 10 2018 01:46:57    City of Philadelphia,  
           Law Revenue Department,   c/o Pamela Elchert Thurmond,   1401 JFK Boulevard,  
           5th Floor, Municipal Services Bldg,   Philadelphia, PA 19102  
                                                                                                                                                                                                                                     TOTAL: 4

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2018                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2018 at the address(es) listed below:  
            BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982) bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
            JOHN L. MCCLAIN    on behalf of Debtor George T. Jubilee, Jr. aaamcclain@aol.com, edpabankcourt@aol.com  
            JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982) bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
            LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com  
            MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982) bkgroup@kmllawgroup.com  
            PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov, karena.blaylock@phila.gov  
            REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982) bkgroup@kmllawgroup.com  
            THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982) tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
            WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                                                                                                            TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: George T. Jubilee Jr.<br>Debtor(s) | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)<br>Movant<br>vs. | NO. 16-11290 AMC |
| George T. Jubilee Jr.<br>Debtor(s) | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq.<br>Trustee | |

## ORDER

AND NOW, this 6th day of March, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 6543 Vandike Street, Philadelphia, PA 19135 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Ashely M. Chan
United States Bankruptcy Judge

George T. Jubilee Jr.
6543 Vandike Street
Philadelphia, PA 19135

John L. McClain
John L. McClain and Associates
P.O. Box 123
Narberth, PA 19072-0123

William C. Miller Esq.
Chapter 13 Trustee
 PO Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532