United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-11290-amc
George T. Jubilee, Jr.                                                    Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore           Page 1 of 2              Date Rcvd: Oct 25, 2018
                              Form ID: pdf900          Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2018.
```
db             #+George T. Jubilee, Jr.,    6543 Vandike Street,    Philadelphia, PA 19135-2825
13681660       +ARS,    1801 NW 66th Ave,    Fort Lauderdale, FL 33313-4571
13681661       +Bureau of UC Benefits & Allowances,    PO Box 67503,    Harrisburg, PA 17106-7503
13681664       #+Carvant Financial LLC,    6901 Jerico Tpke Ste 201,    Syosset, NY 11791-4464
13681670       +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
13681671       +KML Law Group, PC,    701 Market Street,    Philadelphia, PA 19106-1538
13681672        Lincoln Tech,    1 Plymouth Meeting,    Plymouth Meeting, PA 19462
13681673        Lincoln Tech,    1 Plymouth Meeting Suite 300,    Plymouth Meeting, PA 19462
13706985       +Lincoln Technical Institute,    PO Box 570,    Plymouth Meeting PA 19462-0570
13738516       +Office of UC Benefits Policy,    Department of Labor and Industry,    Office of Chief Counsel,
                 651 Boas Street, 10th Floor,    Harrisburg,  PA 17121-0751
13681676       +PECO,    PO Box 37629,    Philadelphia, PA 19101-0629
13788438       +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, PA 17101-1466
13772963        US Department of Education,    P.O. Box 16448,    St. Paul, MN 55116-0448
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Oct 26 2018 02:37:51     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 26 2018 02:37:26
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 26 2018 02:37:44     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Oct 26 2018 02:37:51     City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
13732042        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 26 2018 02:50:08
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13681666        E-mail/Text: megan.harper@phila.gov Oct 26 2018 02:37:51     City of Philadelphia,
                 Law Dept. - Tax Unit,    1401 JFK Blvd. 5th Floor,    Phila., PA 19102
13772387       +E-mail/Text: megan.harper@phila.gov Oct 26 2018 02:37:51
                 CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
                 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13681662       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 26 2018 02:39:25     Capital One,
                 Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
13681663       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 26 2018 02:39:37     Capital One, NA,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
13681667       +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 26 2018 02:38:04     Credit Collection,
                 PO Box 773,    Needham Heights, MA 02494-0918
13681669       +E-mail/Text: bkynotice@harvardcollect.com Oct 26 2018 02:38:09     Harvard Collection,
                 Harvard Collection Services,    4839 N Elston Avenue,    Chicago, IL 60630-2589
13681674       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 26 2018 02:39:27     LVNV Funding LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
13716986       +E-mail/Text: bankruptcygroup@peco-energy.com Oct 26 2018 02:37:13     PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13681675       +E-mail/Text: blegal@phfa.org Oct 26 2018 02:37:35     Pa Housing Finance Age,    PO Box 8029,
                 Harrisburg, PA 17105-8029
13681677       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 26 2018 02:37:07
                 Verizon,    500 Technology Dr,    Suite 500,    Weldon Spring, MO 63304-2225
13681678       +E-mail/Text: megan.harper@phila.gov Oct 26 2018 02:37:51     Water Revenue Bureau,
                 1401 JFK Blvd,    Philadelphia, PA 19102-1663
                                                                                               TOTAL: 16
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13681665         Carvant Financial Llc
13681668*       +George T. Jubilee, Jr.,    6543 Vandike Street,    Philadelphia, PA 19135-2825
13681659       ##+Aaron Sales & Lease Ow,    1015 Cobb Place Blvd Nw,    Kennesaw, GA 30144-3672
                                                                                   TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: JEGilmore              Page 2 of 2                  Date Rcvd: Oct 25, 2018
                              Form ID: pdf900              Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2018 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              JOHN L. MCCLAIN    on behalf of Debtor George T. Jubilee, Jr. aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
               lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
               bkgroup@kmllawgroup.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 10
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GEORGE T. JUBILEE, JR.                    Chapter 13

            Debtor          Bankruptcy No. 16-11290-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this 25TH day of OCTOBER, 2018 upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN L. MCCLAIN
JOHN L MCCLAIN AND ASSOCIATES
PO BOX 123
NARBERTH, PA 19072-


Debtor:
GEORGE T. JUBILEE, JR.

6543 VANDIKE STREET

PHILADELPHIA, PA 19135